MARGARET WHEAT, ADMINISTRATRIX AD PROSEQUEN-
DUM OF THE ESTATE OF HARRIET BUXTON, DE-
CEASED, APPELLANT, v. PUBLIC SERVICE GAS COM-
PANY, IMPLEADED, ETC., RESPONDENT.

Submitted March 27, 1922—Decided June 19, 1922.

An order striking out a complaint in an action at law as against one
of two defendants is not reviewable on appeal until after final
judgment in the cause.

On appeal from the Supreme Court.

For the appellant, *Collins & Corbin.*

For the respondent, *Lefferts S. Hoffman.*

PER CURIAM.

This is an appeal from a rule made by Mr. Justice Swayze
in the Supreme Court, striking out the complaint as against
the defendant, Public Service Gas Company. The plaintiff's
claim is that the gas company excavated a trench partly across
a highway in order to make gas connection with a new build-
ing, and that plaintiff's intestate, walking along the highway,
was obliged to turn out and go around the end of the trench,
which led to her being struck and fatally injured by an auto-
mobile negligently driven by the other defendant, one Mur-
phy. The complaint was struck out as against the gas com-
pany on motion made prior to the trial, and there is nothing
to indicate that any further proceedings have been had as
respects defendant Murphy pending this appeal.

The appeal is premature and must be dismissed, for neither
at common law nor under the Practice act of 1912 is there
any authority for reviewing judicial action of this character
until after final judgment. *Young, Administrator,* v. *Board
of Education,* 84 *N. J. L.* 770.